

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2016

No. 04-16-00099-CR

Robert Anthony **WARDEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0299-CR-C
The Honorable William Old, Judge Presiding

## O R D E R

The reporter's record was due April 21, 2016. We granted reporter Patricia Wagner's first motion for extension of time to file the record, ordering the record to be filed on or before May 25, 2016. On May 30, 2016, Ms. Wagner filed her second motion for extension of time, asking for another thirty days in which to file the record. After reviewing the motion, we **GRANT** the motion for extension of time and **ORDER** the record to be filed in this court on or before June 24, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2016.

_____
Keith E. Hottle
Clerk of Court